```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

LYDIA HEMINGWAY,                      :
                                      :
     Plaintiff,                       :
                                      :
     v.                               :   CASE NO. 3:13CV1592(RNC)
                                      :
WELLS FARGO BANK, NA,                 :
                                      :
     Defendant.                       :
```

ORDER

Local Rule 26(f) provides that, within 30 days after the appearance of any defendant, the attorneys of record and any unrepresented parties must confer for the purposes described in Fed. R. Civ. P. 26(f).  Local Rule 26(f) further provides that, within 10 days after the conference, the participants must jointly complete and file a report of the conference using Form 26(f).

More than forty days have passed since the appearance of a defendant in this case, but no joint report has been filed. Accordingly, it is hereby ordered that plaintiff(s) file and serve the joint report required by Local Rule 26(f) on or before **December 27, 2013.**

So ordered.

Dated at Hartford, Connecticut this 6th day of December 2013.

                                           /s/
                                  Donna F. Martinez
                                  United States Magistrate Judge